UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>  Plaintiff,<br><br>  v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al.,<br><br>  Defendants. | Civil Action No. 24-0549 (JMC) |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, the Health Resources and Services Administration and Department of Health and Human Services ("Defendants"), by and through undersigned counsel, respectfully move for summary judgment in this Freedom of Information Act case brought by Plaintiff Informed Consent Action Network. In support of this motion, Defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities, Statement of Material Facts Not in Genuine Dispute, and Declarations. A proposed order is submitted herewith.

\* \* \*

Dated: July 15, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Kaitlin K. Eckrote*_____
KAITLIN K. ECKROTE, D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252–2485
Kaitlin.Eckrote@usdoj.gov

*Attorneys for the United States of America*