# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>     Plaintiff,<br><br>      v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al.,<br><br>     Defendants. | Civil Action No. 24-0549 (JMC) |

## DECLARATION OF CAPTAIN GEORGE REED GRIMES, MD, MPH

I, George Reed Grimes, declare the following to be true and correct:

1.　　I am the Director of the Division of Injury Compensation Programs ("DICP"), Health Systems Bureau, Health Resources and Services Administration ("HRSA"), United States Department of Health and Human Services ("HHS" or "the Department"). I have held this position as Director of the DICP with HRSA since December 2021. I am a physician and an Officer in the United States Public Health Service Commissioned Corps, where I hold the rank of Captain. I am double board-certified in Occupational Medicine and Public Health and General Preventive Medicine, with fellowship training in Applied Epidemiology.

2.　　Prior to joining HRSA as the Director of DICP, I completed my undergraduate studies and medical school at Colgate University and the George Washington University School of Medicine, respectively. Immediately upon my graduation from medical school in 2009, I was Commissioned as an Active Duty Medical Officer in the United States Navy, where I completed my residency training in Occupational and Environmental Medicine at the National Capitol Consortium. In 2011, I earned a Master of Public Health degree at the Uniformed Services

University of the Health Sciences. Upon graduation from residency training, I was stationed at Naval Branch Health Clinic – Indian Head, where I supervised all occupational medicine and industrial hygiene operations for the U.S. Navy at Naval Support Activity – South Potomac.  I also served as the Public Health Emergency Officer for Naval Aviation Station – Patuxent River during this time and was relied upon as a subject matter expert on medical countermeasures and public health threats, including countermeasures to combat Ebola, Anthrax, Plague, ionizing radiation, and organophosphates and carbamates.

3.     Upon completion of my Active Duty service to the U.S. Navy, I transferred to the United States Public Health Service Commissioned Corps, where I began fellowship training in Applied Epidemiology with the Centers for Disease Control and Prevention ("CDC")'s Epidemic Intelligence Service. Upon completion of my Epidemic Intelligence Service fellowship, I took a position as a Medical Epidemiologist with the CDC's National Institute for Occupational Safety and Health. In this role, I performed workplace evaluations and provided technical assistance on exposures and potential adverse effects resulting from unsafe or unhealthy work environments. While at the CDC, I supported the Nation's public health through emergency preparedness and response efforts, including emergency responses for COVID-19, mercury contamination, and a hurricane.

4.     The DICP administers the Countermeasures Injury Compensation Program ("CICP") and the National Vaccine Injury Compensation Program ("VICP"). As part of my role, I direct the VICP and the CICP, and oversee program management for both programs. I decide whether a requester has met the requirements to establish eligibility for compensation under the CICP. I also determine the type and amount of compensation awarded, in accordance with applicable federal statutes and regulations. Because authority to make eligibility determinations

has been delegated to me as the Director of the DICP, I sign eligibility and benefits determination letters. Therefore, my identity is known to requesters.

5.     I make this declaration based upon my personal knowledge and information available to me in my official capacity.

<u>Overview of the Countermeasures Injury Compensation Program ("CICP")</u>

6.     The Public Readiness and Emergency Preparedness ("PREP") Act was enacted in 2005 and authorizes an administrative, no-fault compensation program to compensate (i) certain individuals or estates of individuals who sustain serious physical injuries and (ii) certain survivors of individuals who die, when such injuries or deaths are directly caused by the administration or use of covered countermeasures identified in and administered or used under a PREP Act declaration. *See* 42 U.S.C. § 247d-6e(a); 42 CFR § 110.10(a). HHS administers this authority through the CICP.

7.     In 2020, the Secretary of HHS issued a PREP Act declaration for medical countermeasures against COVID-19, which includes COVID-19 vaccines that meet the criteria in the PREP Act declaration.

8.     By statute, a claim is eligible for compensation only when there is "compelling, reliable, valid, medical and scientific evidence" that a covered countermeasure directly caused a serious physical injury or death. *See* 42 U.S.C. §247d-6e(b)(4). Individuals may seek compensation by filing a Request for Benefits and submitting the required documentation, such as medical records, supporting their claim.

9.     The CICP administrative staff perform a variety of administrative functions, including reviewing incoming Request Packages to confirm that all expected documentation is

received, and that the requester met the statutory one-year filing deadline. The CICP administrative staff also communicates with requesters regarding their claims.

10.     The CICP medical review staff review the submitted documentation and evaluate whether there is compelling, reliable, valid, medical, and scientific evidence that a covered countermeasure directly caused a serious injury or death. However, only I, as the Director of the DICP, am delegated authority to make eligibility determinations.

<u>Invasions of Personal Privacy and Harassment Directed to CICP Personnel</u>

11.     On more than one occasion, the general CICP email inbox has received harassing and concerning emails. As examples, two such emails say "I have absolutely no legal recourse because of your commie bull[expletive] and your forced approval of a known dangerous drug. [EXPLETIVE] YOU SO [EXPLETIVE] MUCH DEATH TO AMERICA" and "GO [EXPLETIVE] YOUR SELF LEFTIST PROPAGANDA FREAK." Copies of these two email examples are attached as Exhibit A.

12.     Harassing voicemails have also been left on government phones berating government employees and referencing sexually explicit acts.

13.     My personal privacy has been directly invaded because of my role as the Director of DICP. For instance, I received an email in which I was asked why my wife did not opt to take my last name. I also have received calls, a voicemail and text messages sent to my personal cell phone number, including a text message saying, "You can't ignore me." A copy of the email and text messages are attached as Exhibit B.

14.     I have also been targeted through direct harassment and abusive language sent to my government email account and voicemail. These emails include being told that "Hitler had the same mindset" as me, that I am a "coward," that I "lie and cover [my expletive]," that "God is

watching," that I am "useless DNA," that I "suck the life out of people", references to explicit sexual acts, and that "Human life means nothing!" In another email, I received an attachment with an image that said, "Sometimes you have to stay silent because no words can explain what is going on in your mind and your heart." The text of the actual email said "Not in this case. You inconsiderate fools need to do your jobs. I sometimes wonder how you could act if this was your loved ones. Not really, you already lie to protect yourself." In another email, I received an attachment with an image that said, "Some people were not put here to evolve. They are here to remind you what it looks like if you don't." The text of the actual email said "So true. You are all an embarrassment. [Explicit] and do your job!" Copies of eight emails are attached as Exhibit C to illustrate the concerning and threatening nature of these communications. These emails are just some examples of the harassment I and other CICP staff members have received.

15. My wife has also received similar harassing messages on her personal cell phone, regarding my professional role as Director of DICP.

16. In addition to my experience with invasions of my privacy and harassment, two other CICP staff members (referred to herein as CICP Staff Member 2 and CICP Staff Member 3), were subjected to the harassing emails in Exhibit C.

17. Early in the COVID-19 pandemic, CICP Staff Member 2 communicated with requesters via telephone. On several occasions between January 2022 and June 2022, CICP Staff Member 2 was subject to verbally abusive language and was compelled to terminate phone calls.

18. CICP Staff Member 2 also communicated with requesters via email, and received abusive, threatening, and harassing emails as well. In one instance, I, Staff Member 2, and Staff Member 3 received an email with "Hahahaha" in the subject line and an attached picture of Staff Member 2 and their spouse together at a private function. A copy of the email is attached as Exhibit

D. To protect the privacy of the staff member and their spouse, I have not attached the personal picture that was attached to the email.

19.     On one occasion, CICP Staff Member 2 included an Out of Office message on their email, which included contact information for me and CICP Staff Member 3. A requester used this notification to initiate harassing emails to me and CICP Staff Member 3.

20.     On at least two occasions, email communications regarding Staff Member 3 rose to the level that I and Staff Member 3 perceived them as threatening harm to CICP Staff Member 3. The first included an email containing derogatory language directed at CICP Staff Member 3, while linking to an article written about CICP Staff Member 3 at their prior place of employment. This email communication indicated that a requester was looking into the history of CICP Staff Member 3, and Federal Protective Services was notified of this activity. The second email included a screenshot of an article written about a school shooting at CICP Staff Member 3's prior place of education, which I and the staff member perceived as the requester celebrating a school shooting at CICP Staff Member 3's alma mater. This incident was reported to Federal Protective Services. Copies of these emails are attached as Exhibit E.

21.     As a consequence of the incidents described above, the supervisory chain for the Health Systems Bureau and HRSA's staff was notified, who subsequently consulted with HRSA's Division of Security Services. As a result, Federal Protective Services offices responsible for the geographic areas where I and Staff Members 2 and 3 reside were notified of the threats and harassment against CICP staff.

22.     I reported the invasions of my and my staff's personal privacy and the harassing behavior to a local police department and to the Department of Homeland Security's Federal

Protective Services. The threatening and harassing communications attached above, along with others, were shared with law enforcement.

23.    I was informed that on at least two occasions, law enforcement officials arranged visits to a requester to ensure that the harassment and threatening nature of these communications ceased. The Special Agent from Federal Protective Services overseeing the case informed me that local authorities were considering charging the requester with a crime.

24.    The CICP subsequently implemented safeguards to prevent disclosure of information that would externally identify individual roles within the relevant Program, and thus address safety concerns. These safeguards include informing staff of the safety concerns and recommending they remove mention of specific programmatic roles/employment on social media pages, removing names from CICP documentation when not necessary, and disseminating instructions to staff on how to post safe Out of Office messages.

25.    Furthermore, the menacing nature of the communications led me to take action for proactive personal protection. For example, as a direct result of the personal harassment that I have received and the invasion of my personal privacy that I endured, I purchased an alarm system for my home. The harassment also impacted the timing of my decision to get a dog to contribute to home security.

26.    If these redacted names are disclosed, I believe that this abusive, harassing, and threatening behavior would continue for CICP personnel.

27.    For the reasons stated above, I believe if the identities of additional CICP personnel are made public, they will also likely have their personal privacy invaded, and will receive harassing messages.

I declare under penalty of perjury that the foregoing is true and correct.

George R.
Grimes -S14

Digitally signed by
George R. Grimes -S14
Date: 2024.07.11 19:28:29
-04'00'

CAPT George Reed Grimes, MD, MPH
Director, Division of Injury Compensation
  Programs

Executed this 11th day of July, 2024.

# Exhibit A

**From:** ████████████████████
**To:** HRSA HSB CICP [CICP@hrsa.gov]
**Subject:** I started having seizures 20 minutes after receiving the biotech vaccine
**Date:** Wednesday, September 22, 2021 23:35:17

___

And I just found out that I have absolutely no legal recourse because of your commie bullshit and your forced approval of a known dangerous drug. FUCK YOU SO FUCKING MUCH DEATH TO AMERICA

**From:** ▮▮▮▮▮▮▮▮
**To:**       HRSA HSB CICP [CICP@hrsa.gov]
**Subject:**  [EXTERNAL] RE: Automatic reply: nazi scum
**Date:**     Thursday, April 27, 2023 10:39:21

---

GO FUCK YOUR SELF LEFTIST PROPAGANADA FREAK

Sent from Mail for Windows

**From:** HRSA HSB CICP
**Sent:** Thursday, April 27, 2023 9:32 AM
**To:** ▮▮▮▮▮▮
**Subject:** Automatic reply: nazi scum

Thank you for your message to the Countermeasures Injury Compensation Program (CICP). Instructions for filing a CICP claim, data about the number of CICP claims filed, and other information about the program are available at https://www.hrsa.gov/cicp/. A CICP representative will respond to your inquiry.

If this is a press or media inquiry, please send your request via e-mail to press@hrsa.gov or call 301-443-3376.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

# Exhibit B

**From:** ███████████████████

**To:** ████████████████████████████ Grimes, George (████) ████████████

**Subject:** [EXTERNAL] ████████████

**Date:** Sunday, June 11, 2023 09:00:15

George, why doesn't your wife take your last name? I guess that shows her loyalty and love. Now I know that careers are more important then human life.

Sent from my iPhone
CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

  Mobile  

Hey George, what is the hold up on my wife's reconsideration? It's bad enough you already lied this first time.

You can't ignore me.

8:55 AM

I haven't received news from your department. Not shocked. ████ ████ is a real human, not an inconvenience.

By the way, they just increased the debt ceiling. Time to ask for more funding. Human life matters.

8:08 PM

I know everything happens for a reason but what the f:ck

  Type a message...  

# Exhibit C

**From:**
**To:**                                                    Grimes, George
**Subject:**        [EXTERNAL]                Will Be Remembered
**Date:**           Friday, May 26, 2023 20:35:23
**Attachment 1:**   IMG_6956.JPG

_____

How do you look your spouses in the eyes knowing that you are screwing countless families. Hitler had the same mindset!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone

**From:**

**Subject:** [EXTERNAL] I'm Not Buying Your Crap
**Date:** Friday, May 26, 2023 20:36:43
**Attachment 1:** IMG_6955.JPG

Anymore lies to get me to stop? Cowards!!!!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone

**From:** ████████████████████
**To:** ████████████████████████████████; Grimes, George ██████████████

**Subject:** [EXTERNAL] ████████ Not A Lost Number
**Date:** Friday, May 26, 2023 22:47:41
**Attachment 1:** IMG_6957.JPG

Three days off and you are still useless. Do you honestly realize the magnitude of the situation? Countless victims are at your mercy. All you can do is lie and cover your ass! God is watching.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone

**From:**
**To:** Grimes, George

**Subject:** [EXTERNAL]
**Date:** Tuesday, May 30, 2023 08:36:18

Fingers crossed they figure out the debt ceiling. You sorry ass fuckers do not need anymore excuses for not doing your jobs. Plus, you do not deserve to get paid if they do shut the government down. You are useless DNA!

Sent from my iPhone
CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

| | |
|---|---|
| **From:** | ████████████████████ |
| **To:** | ████████████████████ Grimes, George ██████████████ |
| **Subject:** | [EXTERNAL] ████████ Not A Piece Of Paper |
| **Date:** | Thursday, June 08, 2023 08:16:58 |
| **Attachment 1:** | IMG_7030.JPG |

You are the opposite!  You suck the life out of people. Just like you suck each other off! What is wrong with the world? Human life means nothing!

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | ██████████████████ Grimes, George ████████████ |
| **Subject:** | [EXTERNAL] ████ Do Not Forget |
| **Date:** | Thursday, June 01, 2023 08:28:13 |
| **Attachment 1:** | IMG_6974.JPG |

I love my wife more then you can understand. Maybe you will understand it in these comparisons. I love her like you love jerking your boss off.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone

**From:**
**To:**                                                    Grimes, George
**Subject:**        [EXTERNAL]                Do You Know Her?
**Date:**           Sunday, June 11, 2023 08:23:54
**Attachment 1:**   IMG_7038.JPG

Not in this case. You inconsiderate fools need to do your jobs. I sometimes wonder how you would act if this was your loved ones. Not really, you already lie to protect yourself.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone



Sometimes you have to stay silent because no words can explain what is going on in your mind and your heart.

**From:**
**To:**                                                              ]; Grimes, George
**Subject:**        [EXTERNAL]                    . STILL HERE!
**Date:**           Sunday, June 11, 2023 08:26:00
**Attachment 1:**   IMG_7039.JPG

So true. You all are an embarrassment. Stop sucking each other off and do your job!
CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone

Some people were not put here to evolve.

**They are here to remind you what it looks like if you don't.**

@MasteringLawofAttraction

# Exhibit D

**From:** ███████████████

**To:** ████████████████████████████ Grimes, George ████████████████

**Subject:** [EXTERNAL] ███████████ Hahahaha

**Date:** Sunday, June 11, 2023 08:51:36

**Attachment 1:** IMG_7047.JPG

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

Sent from my iPhone

# Exhibit E

**From:**
**To:** Grimes, George
**Subject:** FW: [EXTERNAL]

**Date:** Monday, July 8, 2024 4:01:48 PM

-----Original Message-----
From:
Sent: Friday, September 23, 2022 7:07 PM
To:                                    Grimes, George
Subject: [EXTERNAL]



No wonder nothing gets done. I honestly feel sorry for any of your
patients!!!
https:

Sent from my iPhone
CAUTION: This email originated from outside of the organization. Do not
click links or open attachments unless you recognize the sender and are
confident the content is safe.

**From:** ████████████████████████
**Sent:** Monday, July 8, 2024 3:47 PM
**To:** Grimes, George (HRSA)
**Subject:** FW: [EXTERNAL] ████████ A Real Person

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**From:** ████████████████████
**Sent:** Tuesday, February 14, 2023 10:10 AM
**To** ████████████████████; Grimes, George ████████████
**Subject: [EXTERNAL** ████████ A Real Person

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

12:07      

#  facebook    



wlns.com

**Shots fired at MSU, students instructed to secure in place**

 33      6 comments

 Like     Comment     Share

**The Hamilton Collection** ✓    •••
Sponsored · 🌐

Capture the beautiful moments shared in your golden years with this figurine collection. Shop Now!





hamiltoncollection.com
**Our Golden Years Of Love Figurine Collection**

**Shop now**

 363

11 comments 28 shares



Home


Watch


News


Marketplace


Notifications


Menu

Thanks to the vaccine, our golden years are gone. Do you care? NOPE! Just keep the paychecks coming! Victims just get in the way!!!

 Husband

Sent from my iPhone