# Exhibit 3

12/15/2023

DICP Program Response to SWIFT FOIA Request Records Task - Aaron Siri 121220**24F109** - Seeking Names of all personnel involved with the CICP.

Program Response:

1. George Grimes
2. Tamara Overby
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28. 
29. 
30. 
31. 
32. 
33. 
34. 
35. 
36. 
37.

(b) (6)