UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 24-0549 (JMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED; it is further

ORDERED that summary judgment be ENTERED for Defendants.

SO ORDERED:

_____                                  _____
Dated                                                                United States District Judge