UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION et al.,<br><br>Defendants. | Civil Action No. 24-cv-00549-JMC |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Informed Consent Action Network ("**ICAN**") respectfully submits this Cross-Motion for Summary Judgment. This matter concerns a Freedom of Information Act ("**FOIA**") request submitted by ICAN to Defendants Health Resources and Services Administration ("**HRSA**") and the United States Department of Health and Human Services ("**HHS**," collectively "**Defendants**") to compel compliance with the FOIA, 5 U.S.C. § 552. Plaintiff seeks copies of "records sufficient to identify all agency personnel involved with the Countermeasures Injury Compensation Program ("**CICP**")." Defendants identified thirty-seven names of CICP employees and withheld thirty-five names, releasing only the names of the Director and Deputy Director of the CICP. Defendants have plainly failed to satisfy their obligations under FOIA. For the reasons set out more fully in its Memorandum, ICAN therefore requests that this Court enter summary judgment in ICAN's favor.

| | |
|---|---|
| Dated: August 14, 2024 | Respectfully submitted,<br><br>SIRI & GLIMSTAD LLP<br><br>*/s/ Allison R. Lucas*<br>Allison R. Lucas, DC Bar No. MI0105<br>220 West Congress Street, 2nd Floor<br>Detroit, MI 48226<br>Tel: (888) 747-4529<br>alucas@sirillp.com<br><br>Elizabeth A. Brehm, DC Bar No. NY0532<br>745 Fifth Avenue<br>Suite 500<br>New York, NY 10151<br>Tel: (888) 747-4529<br>ebrehm@sirillp.com |