UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION et al.,<br><br>Defendants. | Civil Action No. 24-cv-00549-JMC |

### DECLARATION OF ALLISON R. LUCAS

I, Allison R. Lucas, declare as follows:

1. I am an attorney for Informed Consent Action Network ("**ICAN**"). I make this Declaration based upon my personal knowledge and information available to me in my professional and personal capacity.

2. The U.S. Health and Human Services ("**HHS**") website located at https://aspr.hhs.gov/legal/PREPact/Pages/default.aspx describes the Public Readiness and Emergency Preparedness Act ("**PREP Act**"). The website explains that on January 31, 2020, the former HHS Secretary, Alex M. Azar II, declared a public health emergency for the entire United States in response to the COVID-19 outbreak. The January 2020 declaration and subsequent renewals provided protections to, among others, manufacturers and distributors of COVID-19 vaccines (countermeasures).

3. The HHS website includes data on CICP claims. A true and correct copy of HRSA's CICP webpage is located at located at https://www.hrsa.gov/cicp/cicp-data. This website documents that, to date, CICP has compensated thirteen of CICP claims for COVID-19. *Id*. The

website also provides charts that list the total sum of the thirteen CICP COVID-19 payments, which average $3,743.18. By comparison, CICP's average payout on injuries related to the H1N1 vaccine was $198,450.12. *Id*. at Table 4. The website also reveals that 10,402 of the 13,309 COVID-19 countermeasure claims remain "pending review or in review." *Id*. Regarding the 2,907 instances where a decision has been reached for COVID-19 claims, 2,855 of them were denied by CICP. *Id*. The data shows that CICP has awarded compensation 13 of 13,309 COVID-19 claims filed. Countermeasure Injury Compensation Program (CICP) Data, HRSA, (Aug. 5, 2024) *Id.*

4. The U.S. government website shows that in Fiscal Year 2023, the Covered Countermeasure Process Fund[1] spent $13.15 million on administrative expenses and $0 on claims. A true and correct copy of the government webpage is located at the website https://www.usaspending.gov/federal_account/075-0343.

5. The CICP website describes the process describes the process as follows (A true and correct copy of the government webpage is located at the website https://www.hrsa.gov/cicp):



---

[1] The "Covered Countermeasures Process Fund" is established by 42 U.S.C. § 247d-6e "for purposes of providing timely, uniform, and adequate compensation to eligible individuals for covered injuries directly caused by the administration or use of a covered countermeasure." *Id.*

6.       This website is the information made available to the public concerning the CICP process. (*See* Dkt. 16-1 at 20; May Decl,. ¶ 23 (citing this website as the public's source of information regarding the CICP)).

7.       The government states that "To establish a covered injury, the CICP must determine that the injury sustained was the direct result of the administration or use of a covered countermeasure. Under the Public Readiness and Emergency Preparedness Act (PREP Act), the CICP may only make such determinations based on compelling, reliable, valid, medical, and scientific evidence." A true and correct copy of the government webpage is located at the website https://www.hrsa.gov/cicp/criteria-demonstrate-covered-injury-occurred.

8.       This standard is determined by individuals that Defendants are refusing to identify. (*See* Dkt. 1 and Exhibits thereto; Dkt. 16 and Exhibits thereto.)

9.       Individuals harmed by a covered countermeasure like the COVID-19 vaccine cannot obtain judicial review of CICP determinations. *See* 42 U.S.C. § 247d-6e(d) (discussing exhaustion requirement and limited appeal rights).

10.      According to the HHS website, HHS has had a "strong partnership" with COVID-19 vaccine manufacturers, and "[i]n just the past few years, the U.S. government has invested billions of dollars in research, development, and procurement for COVID-19 vaccines across multiple manufacturers." A true and correct copy of the government webpage is located at the website https://www.hhs.gov/about/news/2023/07/13/letter-covid-19-vaccine-manufacturers.html. The U.S. government is now responsible for deciding claims of COVID-19 vaccine injury in CICP, which is the only remedy available to those injured by the product. (Grimes Decl. ¶¶ 6-8); 42 U.S.C. § 247d-6e; 42 CFR § 110.10.

11.     According to the congressional testimony of Commander George Reed Grimes, Director of CICP, for Fiscal year 2024, CICP requested $15 million. A true and correct copy of the government webpage is located at the website https://oversight.house.gov/wp-content/uploads/2024/02/HRSA_SSCP-Testimony-for-02.15.2024-Hearing.pdf.

12.     The CICP has been the topic of Congressional hearings. *Id*. *See also*, A80C5322-F694-4803-BC15-BE3B0D4708D1 (senate.gov); https://www.congress.gov/event/118th-congress/house-event/LC72556/text. The CICP has been the subject of public interest via NIH articles and litigation. *See, e.g.,* https://pubmed.ncbi.nlm.nih.gov/35382431/; *Smith v HRSA. et al.*, no. 23-01425 (W.D. La. filed Oct. 10, 2023; and *Smith v HRSA. et al.*, no. 24-00334 (N.D. Tex. Filed April 18, 2024).

13.     The Court may take judicial notice of information posted on official public websites of government agencies. Fed. R. Civ. P. 201. *See also, Markowicz v. Johnson*, 206 F. Supp. 3d 158, 161 n.2 (D.D.C. 2016) (citing *Pharm. Rsch. & Mfrs. of Am. v. Dep't of Health & Hum. Servs.*, 43 F. Supp. 3d 28, 33 (D.D.C. 2014) ("Courts in this jurisdiction have frequently taken judicial notice of information posted on official public websites of government agencies.") (citing *Cannon v. District of Columbia*, 717 F.3d 200, 205 n.2 (D.C. Cir. 2013) (taking judicial notice of document posted on D.C. public website)).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing to be true and correct, to the best of my knowledge, information, and belief.

Executed this 14th day of August, 2024.

*[signature]*
ALLISON R. LUCAS