UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                          Plaintiff,<br><br>v.<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION et al.,<br><br>                          Defendants. | Civil Action No. 24-cv-00549-JMC |

## [PROPOSED] ORDER

Upon consideration of the parties' Cross-Motions for Summary Judgment, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED** and judgment is **ENTERED** in favor of the Plaintiff and against the Defendants on Counts I and II of the Complaint. It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

Dated: _____

                                                    JIA M. COBB
                                                    United States District Judge