**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK, | |
| Plaintiff, | Case No. 24-cv-549 (JMC) |
| v. | |
| HEALTH RESOURCES & SERVICES ADMINISTRATION, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion for summary judgment, ECF 14, is **GRANTED** and Plaintiff's cross-motion for summary judgment, ECF 18, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

 

_____
JIA M. COBB
United States District Judge

Date: March 30, 2026

1